**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01804-LTB-KLM

I'MNAEDAFT, LTD.,

    Plaintiff,

v.

THE INTELLIGENT OFFICE SYSTEM, LLC,
RALPH S. GREGORY and
GREG BROOKS,

    Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


    Plaintiff's Unopposed Motion for Leave to File Its First Amended Complaint (Doc 19 - filed December 8, 2008) is **GRANTED** and the tendered First Amended Complaint is accepted for filing.




Dated: December 9, 2008
_____