**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-01804-LTB-KLM

I'MNAEDAFT, LTD.,

       Plaintiff,

v.

THE INTELLIGENT OFFICE SYSTEM, LLC,
RALPH S. GREGORY and
GREG BROOKS,

       Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     Defendant The Intelligent Office System, LLC's Unopposed Motion for Leave to File Counterclaim and Third-Party Complaint (Doc 25 - filed December 15, 2008) is **GRANTED**. The tendered Counterclaim and Third-Party Complaint is accepted for filing.




Dated:  December 17, 2008
_____