**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01804-LTB-KLM

I'MNAEDAFT, LTD.,
    Plaintiff,

v.

THE INTELLIGENT OFFICE SYSTEM, LLC,
RALPH S. GREGORY and
GREG BROOKS,
    Defendants/Counterclaimants,

and

THE INTELLIGENT OFFICE SYSTEMS, LLC,
    Third-Party Plaintiff,

v.

RONALD CLARKE,
    Third-Party Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


    Pursuant to Defendant/Counterclaimant The Intelligent Office System, LLC's Supplemental Certification re: Motion for Leave to File Amended Counterclaim and Third-Party Complaint (Doc 53 - filed February 9, 2009), Defendant/Counterclaimant's Motion for Leave to File Amended Counterclaim and Third-Party Complaint (Doc 50) is **GRANTED** and the tendered document is accepted for filing.



Dated: February 11, 2009
_____