## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01804-LTB-KLM

I'MNAEDAFT, LTD.,
    Plaintiff,

v.

THE INTELLIGENT OFFICE SYSTEM, LLC,
RALPH S. GREGORY and
GREG BROOKS,
    Defendants/Counterclaimants,

and

THE INTELLIGENT OFFICE SYSTEMS, LLC,
    Third-Party Plaintiff,

v.

RONALD CLARKE,
    Third-Party Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


    Plaintiff's Unopposed Motion for Leave to File Its Third Amended Complaint (Doc 58 - filed February 11, 2009) is **GRANTED** and the tendered Third Amended Complaint is accepted for filing.



Dated: February 12, 2009
_____