IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01804-LTB-KLM

I'MNAEDAFT, LTD.,

    Plaintiff,

v.

THE INTELLIGENT OFFICE SYSTEM, LLC,
RALPH S. GREGORY, and
GREG BROOKS,

    Defendants/Counterclaimants,

and

THE INTELLIGENT OFFICE SYSTEM, LLC,

    Third-Party Plaintiff,

v.

RONALD CLARKE,

    Third-Party Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Third-Party Defendant Ronald Clarke's Opposed Motion for Protection** [Docket No. 68; Filed February 24, 2009] (the "Motion") and Defendant's Opposition to Ronald Clarke's Opposed Motion for Protection [Docket No. 73; Filed February 26, 2009]. The Court held a hearing on the Motion on February 26, 2009.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**, for the reasons set forth on the record. The deposition of Ronald Clarke shall be held in Denver on March 2, 2009.

    Dated: February 26, 2009