**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01804-LTB-KLM

I'MNAEDAFT, LTD,

      Plaintiff,

v.

THE INTELLIGENT OFFICE SYSTEM, LLC,
RALPH S. GREGORY, and
GREG BROOKS,

      Defendants.

## ENTRY OF APPEARANCE

Steven M. Feder of Feder Law Firm hereby enters his appearance on behalf of the Intelligent Office franchisees located in Arlington, Virginia; Baltimore, Maryland; Boca Raton, Florida; Coral Gables, Florida; Fairfax, Virginia; Garden City, New York; Henderson (Las Vegas), Nevada; Lakewood, Colorado; Marlton, New Jersey; Melville, New York; Miami, Florida; Palm Beach Gardens, Florida; Red Bank, New Jersey; Reston, Virginia; Rockville, Maryland; Sunrise, Florida; Tyson's Corner (Vienna), Virginia; Walnut Creek, California; and Washington, D.C., in connection with subpoenas they received.

      Respectfully submitted,

      FEDER LAW FIRM

      */s/ Steven M. Feder*

      Steven M. Feder #14991
      730 – 17th Street, Suite 550
      Denver, Colorado  80202
      Telephone:  (303) 221-5599

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2009, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- Russell Brandon Bundren:  rbbundren@duanemorris.com, wkhines@duanemorris.com
- Sven C. Collins:  sven.collins@hro.com, amy.mercier@hro.com
- Thomas W. Sankey:  twsankey@duanemorris.com, wkhines@duanemorris.com
- Jeffrey J. Cowman:  cowmanj@ballardspahr.com

*/s/ Steven M. Feder*