**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01804-LTB-KLM

I'MNAEDAFT, LTD,

       Plaintiff,

v.

THE INTELLIGENT OFFICE SYSTEM, LLC,
RALPH S. GREGORY, and
GREG BROOKS,

       Defendants.

---

**SUPPLEMENT TO NON-PARTY WITNESSES' MOTION FOR PROTECTIVE ORDER**

---

       The Intelligent Office franchisees located in Arlington, Virginia; Baltimore, Maryland; Boca Raton, Florida; Coral Gables, Florida; Fairfax, Virginia; Garden City, New York; Henderson (Las Vegas), Nevada; Lakewood, Colorado; Marlton, New Jersey; Melville New York; Miami, Florida; Palm Beach Gardens, Florida; Red Bank, New Jersey; Reston, Virginia; Rockville, Maryland; Sunrise, Florida; Tyson's Corner (Vienna), Virginia; Walnut Creek, California; and Washington, D.C., by and through their attorneys, Feder Law Firm, hereby supplement their motion for protective order to submit the two unreported cases cited in their brief: *Myers v. Mid-west National Life Insurance Co.*, 2008 WL 2396762 (D. Colo. 2008), and *Shomon v. Pott*, 1986 WL 2734 (N.D.Ill. 1986).

DATED the 2nd day of March, 2009.

        Respectfully submitted,

        FEDER LAW FIRM

        */s/ Steven M. Feder*

        Steven M. Feder #14991
        730 – 17th Street, Suite 550
        Denver, Colorado  80202
        Telephone:  (303) 221-5599
        *Attorneys for Franchisees*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2009, I electronically filed the foregoing Supplement to Non-Party Witnesses' Motion for Protective Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- Russell Brandon Bundren:  rbbundren@duanemorris.com, wkhines@duanemorris.com
- Sven C. Collins:  sven.collins@hro.com, amy.mercier@hro.com
- Thomas W. Sankey:  twsankey@duanemorris.com, wkhines@duanemorris.com
- Jeffrey J. Cowman:  cowmanj@ballardspahr.com

        */s/ Steven M. Feder*