IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01804-LTB-KLM

I'MNAEDAFT, LTD.,

    Plaintiff,

v.

THE INTELLIGENT OFFICE SYSTEM, LLC,
RALPH S. GREGORY, and
GREG BROOKS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte.*

    The Court has been advised that the parties have resolved by agreement **Plaintiff's Motion to Compel Compliance with Fed. R. Civ. P. 30(b)(6) Notice, or in the Alternative, Request for Leave Pursuant to Fed. R. Civ. P. 30(a)(II)(A)(ii)** [Docket No. 121; Filed April 6, 2009] (the "Motion").  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#121] is deemed **withdrawn.**

Dated:  April 15, 2009