IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01804-LTB-KLM

I'MNAEDAFT, LTD.,

      Plaintiff,
v.

THE INTELLIGENT OFFICE SYSTEM, LLC,
RALPH S. GREGORY and
GREG BROOKS,

      Defendants/Counterclaimants,
and

THE INTELLIGENT OFFICE SYSTEMS, LLC,

      Third-Party Plaintiff,
v.

RONALD CLARKE,

      Third-Party Defendant.
_____

ORDER
_____

      As stated on the record during the May 12, 2009 scheduling hearing, it is HEREBY

ORDERED as follows:

      (1)  The parties' cross-motions seeking preliminary injunctive relief pursuant to Fed. R.

Civ. P. 65(a)  [**Doc # 51 & # 61**], are set for a five-day hearing to commence **on August 17,**

**2009.**  Additionally, I rule that this hearing is consolidated with the trial on the merits as to the

issues raised and decided related to injunction pursuant to Fed. R. Civ. P. 65(a)(2);

(2) A hearing is set for **July 1, 2009**, **at 9:30 a.m.** to specify and define the issues to be decided during the injunction trial of this case. As a result, the parties shall file a Joint Statement of the Issues – which sets forth the stipulated issues to be decided at the injunction trial, as well as the contested issues sought to be determined by each party – **on or before June 26, 2009**;

(3) A final trial preparation conference for the trial on injunctive relief is set for **July 24, 2009 at 9:30 a.m.** In anticipation of that hearing, the parties shall have an exhibit conference in order to stipulate as to admission and/or authenticity of the exhibits. The parties shall then file the following **on or before July 21, 2009**:

   A) Final Exhibit Lists listing the stipulated exhibits and contested exhibits, and setting forth the claimed applicable evidentiary rule of exclusion;

   B) Final Witness Lists; and

   C) Proposed Findings of Fact and Conclusions of Law;

(4)   Finally, upon the parties' agreement, I GRANT Plaintiff's Opposed Motion for Leave to File its Fourth Amended Complaint [**Doc # 79**].

Dated: May   12  , 2009, in Denver, Colorado.

                                                            BY THE COURT:


                                                              s/Lewis T. Babcock
                                                            LEWIS T. BABCOCK, JUDGE