IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01804-LTB-KLM

I'MNAEDAFT, LTD.,

    Plaintiff,

v.

THE INTELLIGENT OFFICE SYSTEM, LLC,
RALPH S. GREGORY, and
GREG BROOKS,

    Defendants/Counterclaimants,

and

THE INTELLIGENT OFFICE SYSTEM, LLC,

    Third-Party Plaintiff,

v.

RONALD CLARKE,

    Third-Party Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Unopposed Motion to Modify Scheduling Order** [Docket No. 131; Filed May 13, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The deadline to designate experts is extended to **June 1, 2009**.  The deadline to designate rebuttal experts is extended to **July 1, 2009**.

Dated:  May 14, 2009