**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-01804-LTB-KLM

I'MNAEDAFT, LTD.,
        Plaintiff,

v.

THE INTELLIGENT OFFICE SYSTEM, LLC,
RALPH S. GREGORY and
GREG BROOKS,
        Defendants/Counterclaimants,

and

THE INTELLIGENT OFFICE SYSTEMS, LLC,
        Third-Party Plaintiff,

v.

RONALD CLARKE,
        Third-Party Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Unopposed Motion to Modify May 12, 2009 Order [Doc 130] (Doc 142 - filed June 15, 2009) is **GRANTED as follows**:

- The hearing on the issues to be tried in the preliminary injunction hearing set **July 1, 2009 is VACATED and RESET for July 15, 2009 at 9:00 a.m.**

- The trial preparation conference set **July 24, 2009 is VACATED and RESET for August 11, 2009 at 9:00 a.m.**

- The deadline for the parties to file witness and exhibit lists and proposed findings of fact and conclusions of law is reset to **July 31, 2009**.

The trial on injunctive relief remains set for August 17, 2009.

Dated:  June 16, 2009
_____