**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   08-cv-01804-LTB-KLM

I'MNAEDAFT, LTD.,
      Plaintiff,

v.

THE INTELLIGENT OFFICE SYSTEM, LLC,
RALPH S. GREGORY, and
GREG BROOKS,
      Defendants,

and

THE INTELLIGENT OFFICE SYSTEM, LLC,
      Third-Party Plaintiff,

v.

RONALD CLARKE,
      Third-Party Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 146 - filed July 13, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE in its entirety,** each party to pay their own fees and costs.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:   July 14, 2009